IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In the matter of

Mark W. Lapham

    State Bar No. 146352.

                             /

NO. C 94-02273 MISC JW

**ORDER OF REINSTATEMENT**

On July 28, 1994, this Court issued an order to remove Mark W. Lapham from the roll of attorneys authorized to practice law before this Court, based on his suspension by the State Bar of California, effective June 11, 1994.

On June 1, 2011, Mr. Lapham provided proof of reinstatement by the State Bar effective February 17, 2011.

The Court now orders Mr. Lapham placed back on the roll of attorneys authorized to practice before this Court. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: August 8, 2011

                                          JAMES WARE
                                          United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark. W. Lapham
751 Diablo Road
Danville, CA 94526

**Dated:  August 8, 2011**                                         **Richard W. Wieking, Clerk**

                                                                   **By:     /s/ JW Chambers**
                                                                        **Susan Imbriani**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California